BRANCART & BRANCART
 Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
 Liza Cristol-Deman (SBN 190516)
  lcristoldeman@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS,

    Plaintiffs,

vs.

SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG,

    Defendants.

Case No. SACV10-01079 CJC (RNBx)

**COMPLAINT FOR MONETARY, DECLARATORY AND INJUNCTIVE RELIEF**

## I. INTRODUCTION

1. In this action, the plaintiffs seek monetary, declaratory and injunctive relief against defendants for discriminating against persons with disabilities in the operation of apartment buildings, located in Buena Park, California, in violation of the federal Fair Housing Act, 42 U.S.C. § 3601, et seq. and related state laws.

## II. JURISDICTION AND VENUE

2. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 in that the claims alleged herein arise under the laws of the United States. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear and determine plaintiffs' state law claims because those claims are related to plaintiffs' federal law claims and arise out of a common nucleus of related facts. Plaintiffs' state law

claims form part of the same case or controversy under Article III of the United States Constitution.

3. Venue is proper under 28 U.S.C. § 1391 in that the claims alleged herein arose within the City of Buena Park, in Orange County, California.

### III. PARTIES

4. Plaintiff Fair Housing Council of Orange County, Inc. ("FHCOC"), is a nonprofit corporation with a mission of fostering diversity and equal opportunity in housing through education and enforcement of state and federal fair housing laws. Its office is located in Santa Ana, and it provides fair housing services, among other things, in local jurisdictions throughout Orange County. One of its specific purposes and goals is the elimination of all forms of illegal housing discrimination. To this end, FHCOC's activities include, but are not limited to: (1) investigating allegations of discrimination; (2) conducting tests of housing facilities to determine whether equal opportunity in housing is provided; (3) taking such steps as it deems necessary to assure such equal opportunity and to counteract and eliminate discriminatory housing practices; and, (4) providing outreach and education to the community regarding fair housing.

5. Plaintiff Arlene Lewis resides with her adult son, Tobby, who is disabled within the meaning of the Fair Housing Act, 42 U.S.C. § 3602, and the Fair Employment and Housing Act, Govt. Code § 12927

6. Defendant Sam Chang and Nina Chang are co-trustees of the defendant Chang Family Trust, which owns at least two apartment complexes in Buena Park, California, located at 8021 4th Street and 8142 Artesia Boulevard. Each complex is a dwelling, within the meaning of the Fair Housing Act, 42 U.S.C. § 3602, and a housing accommodation, within the meaning of the FEHA, Govt. Code § 12926.

7. Defendant Susan Hung, along with her husband Norman, serve on as the property supervisors for each of the Buena Park complex owned by the Chang

Family Trust.

8. Each defendant was, at all times relevant, the agent, employee or representative of each other defendant; each defendant, in doing the acts or in omitting to act as alleged in this complaint, was acting within the course and scope of his or her actual or apparent authority pursuant to such agency; or the alleged acts or omissions of each defendant as agent were subsequently ratified and adopted by each defendant as principal.

## IV. FACTS

### A. INTRODUCTION

9. Defendants have engaged in a pattern or practice of discrimination against people with disabilities in the operation of their Buena Park properties. Defendants' pattern or practice of discrimination includes, but is not limited to:

    a. Making statements indicating a limitation, preference or discrimination, or the intent to discriminate, based on disability;

    b. Inquiring about the nature and extent of a prospective tenant's disability;

    c. Refusing to rent to persons with disabilities or persons associated with persons with disabilities; and,

    d. Discouraging persons with disabilities or persons associated with persons with disabilities from renting a dwelling.

### B. ARLENE LEWIS

10. In June 2009, Ms. Lewis vacated her home in Los Angeles, where she resided with her disabled adult son Tobby, and relocated to Orange County, where she started her search for permanent housing for herself and Tobby.

11. In November 2009, Ms. Lewis observed a for rent sign at the apartment complex located at 8021 4th Street. On November 20, 2009, Ms. Lewis called (714) 306-2348, the telephone number listed on the for rent sign and spoke with a woman, Susan (whom plaintiffs allege, based on information and

belief, is defendant Susan Hung), who identified herself as the landlord. Susan advised Ms. Lewis that defendants had three dwelling available for rent – one outside Buena Park and two available within Buena Park. Susan described the features of the available dwellings located in Buena Park.

12. On November 21, 2009, Ms. Lewis again called (714) 306-2348, and spoke with Susan, inquiring about the process for applying for rental of a dwelling. In response, Susan asked about Ms. Lewis' income. Ms. Lewis replied that her household receives income for a variety of sources, including her retirement from Los Angles County and SSI, which her son Tobby receives because of his disabilities. Susan then inquired into the nature and extent of Tobby's disabilities. Ms. Lewis explained that Tobby is age 25 and suffers from a mental disability. Susan expressed concern that Tobby was a disabled adult. Susan stated that she "did not want that kind of person here . . . they are too much trouble." Susan also stated, "He will scare the neighbors and the police will be called." Ms. Lewis replied that Tobby would not cause trouble, that he was not threatening, that he does not misbehave but acts younger than his age. Ms. Lewis asked if she and Tobby could visit with Susan so that Susan could see that Tobby would not cause problems. Susan stated she would have to discuss the matter with her husband and call back.

13. On November 22, 2009, Susan called Ms. Lewis and stated that defendant would not rent to Ms. Lewis because of Tobby's disability. Susan stated, "We don't want those type of people here. I find that they are too much trouble."

14. Ms. Lewis continued her housing search until she located permanent housing at another location outside of Buena Park.

15. On December 14, 2009, Ms. Lewis contacted the Fair Housing Council of Orange County (FHCOC) and complained about defendants' discrimination.

## C. FAIR HOUSING COUNCIL'S INVESTIGATION

16. Following receipt of Ms. Lewis' complaint, FHCOC conducted an investigation of the operation of defendants' Buena Park properties using fair housing testers. That testing confirmed that defendants' committed discriminatory housing practices.

17. In response to defendants' discriminatory housing practices, FHCOC undertook efforts of education and outreach, including counseling the victims of discrimination and providing residents with information regarding their fair housing rights. In particular, FHCOC disseminated educational materials regarding the fair housing laws to defendants' Buena Park properties.

## D. INJURIES

18. By reason of defendants' unlawful acts or practices, Ms. Lewis has suffered emotional distress, including humiliation, mental anguish, and attendant bodily injury, violation of her civil rights, loss of dignity, embarrassment and otherwise sustained injury. Ms. Lewis also lost important housing opportunity when defendants refused to rent to her on the basis of her son's disability. Accordingly, Ms. Lewis is entitled to compensatory damages and statutory damages.

19. By reasons of defendants' unlawful acts and practices, FHCOC has diverted resources: (1) to investigate, evaluate, and determine the extent to which defendants engage in unlawful discrimination in the operation of rental housing; (2) to educate residents about their fair housing rights; and, (3) to prevent continued acts of unlawful discrimination. Defendants' unlawful acts and practices have caused plaintiff FHCOC to divert resources from other programs and projects.

20. Defendants' unlawful acts and practices also have injured plaintiff FHCOC by frustrating its mission to serve the public by helping eradicate housing discrimination, ensuring that decent rental housing is made available to all persons

without discrimination, and protecting the important rights and benefits that arise from living in a diverse community. Defendants' unlawful acts and practices have caused FHCOC to suffer economic losses and out-of-pocket expenditures in their efforts to counteract the effects of unlawful discrimination based on disability in Orange County and to provide outreach and education regarding the rights and obligations of the fair housing laws.

21. In doing the acts of which plaintiffs complain, defendants acted with oppression, fraud and malice, and with wanton and conscious or reckless disregard of the federally protected rights of plaintiffs. Accordingly, plaintiffs are entitled to punitive damages.

22. There now exists an actual controversy between the parties regarding defendants' duties under the federal and state fair housing laws. Accordingly, plaintiffs are entitled to declaratory relief.

23. Unless enjoined, defendants will continue to engage in the unlawful acts and the pattern or practice of discrimination described above. Plaintiffs have no adequate remedy at law. Plaintiffs are now suffering and will continue to suffer irreparable injury from defendants' acts and their pattern or practice of discrimination against persons with disabilities unless relief is provided by this Court. Accordingly, plaintiffs are entitled to injunctive relief.

## V. CLAIMS

### A. FIRST CLAIM

### [Fair Housing Act]

24. Plaintiffs reallege and incorporate by reference each paragraph previously alleged in this complaint.

25. Defendants injured plaintiffs by committing discriminatory housing practices in violation of the federal Fair Housing Act, 42 U.S.C. § 3601, et seq.

### B. SECOND CLAIM

### [California Fair Employment and Housing Act]

26. Plaintiffs reallege and incorporate by reference each paragraph previously alleged in this complaint.

27. Defendants injured plaintiffs by committing unlawful housing practices in violation of the California Fair Employment and Housing Act, California Government Code § 12955, et seq.

### C. THIRD CLAIM

### [California Unruh Civil Rights Act]

*[Plaintiff Lewis Only v. Defendants]*

28. Plaintiffs reallege and incorporate by reference each paragraph previously alleged in this complaint.

29. Defendants injured plaintiff Arlene Lewis in violation of the Unruh Civil Rights Act, California Civil Code § 51 et seq., by discriminating against persons with disabilities in the operation of their residential rental properties, each of which is a business establishment.

### D. FOURTH CLAIM

### [Unfair Business Practices]

30. Plaintiffs reallege and incorporate by reference each paragraph previously alleged in this complaint.

31. In acting as herein alleged, defendants injured plaintiffs by engaging in a pattern or practice of unlawful conduct in the operation of their residential rental properties in violation of the California Business and Professions Code § 17200, et seq.

### E. FIFTH CLAIM

### [Negligence]

32. Plaintiffs reallege and incorporate by reference each paragraph previously alleged in this complaint.

33. Defendants injured plaintiffs by want of ordinary care or skill in the management of their property, person, or agents in violation of California Civil

Code § 1714.

## VI. RELIEF

Wherefore, plaintiffs pray for entry of a judgment against the defendants that:

1. Awards compensatory and punitive damages according to proof;

2. Declares that defendants have violated the provisions of the applicable federal and state fair housing laws;

3. Enjoins all unlawful practices complained about herein and imposes affirmative injunctive relief requiring defendants, their partners, agents, employees, assignees, and all persons acting in concert or participating with them, to take affirmative action to provide equal opportunities to persons regardless of their disability;

4. Awards statutory damages to Ms. Lewis against each defendant pursuant to the Unruh Civil Rights Act;

5. Awards costs of this action, including reasonable attorneys' fees; and,

6. Awards all such other relief as the Court deems just.

Dated: July 13, 2010.

Respectfully submitted,

BRANCART & BRANCART

/s/ Christopher Brancart
Christopher Brancart
cbrancart@brancart.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC.; and ARLENE LEWIS | SAM CHANG and NINA CHANG, as co-trustee of CHANG FAMILY TRUST, and SUSAN HUNG |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Christopher Brancart<br>BRANCART & BRANCART<br>PO BOX 686, PESCADERO, CA 94060  TEL: 650-879-0141 | |

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT:   JURY DEMAND: ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☒ No        ☒ MONEY DEMANDED IN COMPLAINT: $ TBD

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 USC 3601 ET SEQ.

VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | ☐ 190 Other Contract | | ☒ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | | | | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

FOR OFFICE USE ONLY:   Case Number: **SACV10-01079 CJC (RNBx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                   CIVIL COVER SHEET                                   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ALL PLAINTIFFS ARE RESIDENTS OF ORANGE COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PLAINTIFFS ARE INFORMED AND BELIEVE THAT ALL DEFENDANTS ARE RESIDENTS OF ORANGE COUNTY | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date JULY 13, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV10- 1079 CJC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Christopher Brancart (SBN 128475)
Brancart & Brancart
PO Box 686
Pescadero, CA 94060
tel: 650-879-0141   fax: 650-879-1103

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS, <br><br> PLAINTIFF(S) <br><br> v. <br><br> SAM CHANG and NINA CHANGE, co-trustees of the CHANG FAMILY TRUST, and SUSAN HUNG, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV10-01079 CJC (RNBx)** <br><br><br> SUMMONS |
|---|---|

TO: DEFENDANT(S): SAM CHANG and NINA CHANG, co-trustees of CHANG FAMILY TRUST, (8142 Artesia, Buena Park, CA 90621) and SUSAN HUNG (509 Via Codo, Fullerton, CA 92835)

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Christopher Brancart_____, whose address is PO Box 686, Pescadero, California 94060 (cbrancart@brancart.com)_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUL 15 2010__   By: __ROLLS ROYCE PASCHAL__
                              Deputy Clerk
                                                 1144

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                     SUMMONS