1  BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2     cbrancart@brancart.com
   Liza Cristol-Deman(SBN 190516)
3     lcristoldeman@brancart.com
Post Office Box 686
4  Pescadero, CA 94060
Tel:  (650) 879-0141
5  Fax:  (650) 879-1103

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG,<br><br>    Defendants. | Case No. SACV 10-01079-CJR (RNBx)<br><br>STIPULATION AND APPLICATION SEEKING ISSUANCE OF ORDER TO FURTHER EXTEND DEADLINE TO CONDUCT A SETTLEMENT CONFERENCE THROUGH SEPTEMBER 9, 2011 |
|---|---|

The parties to this action, by and through their counsel of record, hereby stipulate and apply for order extending the deadline for conducting a settlement conference to September 9, 2011. The parties previously filed a stipulation seeking to extend the deadline to permit a settlement conference on August 29, 2011 (Document 23), but Magistrate Judge Block was unable to schedule the settlement conference for that date. Accordingly, the parties seek to schedule the settlement conference on the next date that is available on Magistrate Judge Block's calendar and that works for all parties and counsel: September 9, 2011.

There is good cause for issuance of an order granting this brief extension.

<u>First</u>, it is based on the stipulation of all parties.

<u>Second</u>, this is the earliest date that the parties can participate in a settlement

conference with Magistrate Judge Block. The date previously sought by the parties – August 29, 2011 – apparently was no longer available when the parties filed their stipulation on August 5, 2011.

<u>Third,</u> this extension will not delay the case.

<u>Fourth,</u> the settlement conference with Magistrate Judge Block will not be the first time that the parties have engaged in settlement negotiations. The parties previously exchanged demands and settlement offers informally. Thus, the settlement conference on September 9 will represent a continuation of previous negotiations.

For the foregoing reasons, the parties respectfully request that this court issue an order extending the time for participating in a settlement conference to September 9, 2011. A proposed order is attached hereto as Exhibit 1.

Plaintiffs' counsel attests that all of the signatories whose names appear below have approved this stipulation.

Dated: August 8, 2011.

Respectfully submitted,

BRANCART & BRANCART

/s/ Christopher Brancart
Christopher Brancart
cbrancart@brancart.com
Attorneys for Plaintiffs

ECOFF, BLUT & SALOMONS, LLP

/s/ Philip H.R. Nevinny.
Philip H.R. Nevinny
Attorneys for Defendant Susan Hung

LAW OFFICE OF TONY T. LIU

/s/ Tony T. Liu
Tony T. Liu
Attorney for Defendants
Sam and Nina Chang

## PROOF OF SERVICE

On August 9, 2011, I served a true and correct copy of the following document(s):

**STIPULATION AND APPLICATION SEEKING ISSUANCE OF ORDER TO FURTHER EXTEND DEADLINE TO CONDUCT A SETTLEMENT CONFERENCE TO SEPTEMBER 9, 2011**

upon the following person(s):

| Mr. Phillip H. Nevinny<br>Ecoff, Blut, & Salomons, LLP<br>280 South Beverly Drive, Suite 504<br>Beverly Hills, CA 09212<br>nevinny@ecofflaw.com | Mr. Tony T. Liu<br>Law Office of Tony T. Liu<br>1851 E. First Street, Suite 900<br>Santa Ana, CA 92705<br>ttliu@tonyliulaw.com |
|---|---|

|    |    |
|----|----|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|    | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |

   I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on August 9, 2011, at Loma Mar, California.


                                        /s/ Nathan Gardner
                                        Nathan Gardner