<u>EXHIBIT 1</u>

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC.** and **ARLENE LEWIS,**<br><br>     Plaintiffs,<br><br>     vs.<br><br>**SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG,**<br><br>     **Defendants.** | Case No. SACV 10-01079-CJR (RNBx)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT A SETTLEMENT CONFERENCE TO SEPTEMBER 9, 2011** |

Based on the stipulation and application of the parties in this action, and good cause appearing therefor, the parties are hereby granted an extension of time in which to participate in a settlement conference. The parties shall participate in a settlement conference on September 9, 2011, pending scheduling by Magistrate Judge Block. If for any reason Magistrate Judge Block is unable to conduct the settlement conference on that date, the parties shall notify this Court.

IT IS SO ORDERED.

Dated: August ___, 2011.

_____
Hon. Cormac J. Carney
United States District Judge