1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2      cbrancart@brancart.com
      Liza Cristol-Deman(SBN 190516)
3      lcristoldeman@brancart.com
   Post Office Box 686
4  Pescadero, CA 94060
   Tel:   (650) 879-0141
5  Fax:   (650) 879-1103

6  Attorneys for Plaintiffs

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 **FAIR HOUSING COUNCIL OF**      )   **Case No.  SACV 10-01079-CJR**
   **ORANGE COUNTY, INC. and**      )   **(RNBx)**
11 **ARLENE LEWIS,**                )
                                    )
12         **Plaintiffs,**          )   **STIPULATION REQUESTING**
                                    )   **ISSUANCE OF AN ORDER**
13     **vs.**                      )   **SCHEDULING SETTLEMENT**
                                    )   **CONFERENCE ON SEPTEMBER**
14                                  )   **9, 2011 AT 9:00 A.M.**
   **SAM CHANG and NINA CHANG,**    )
15 **as co-trustees of CHANG FAMILY**)
   **TRUST and SUSAN HUNG,**        )
16                                  )
           **Defendants.**          )
17 _____ )

18         Based on the order re: settlement procedure selection signed by Judge

19 Carney on July 28, 2011 (document 20), the parties to this action hereby request

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  that this Court issue an order scheduling a settlement conference for September 9,
2  2011 at 9:00 a.m.

3       Counsel for plaintiffs attests that he has received the approval of all
4  signatories below.

5       Dated:  August 8, 2011.

6                                          Respectfully submitted,

7                                          BRANCART & BRANCART

8       /s/ Christopher Brancart
        Christopher Brancart
9       cbrancart@brancart.com
        Attorneys for Plaintiffs
10

11      ECOFF, BLUT & SALOMONS, LLP

12      /s/ Philip H.R. Nevinny.
        Philip H.R. Nevinny
13      Attorneys for Defendant Susan Hung

14

15      LAW OFFICE OF TONY T. LIU

16      /s/ Tony T. Liu
        Tony T. Liu
17      Attorney for Defendants
        Sam and Nina Chang

18

19

20

21

22

23

24

25

26

27

28

1

### PROOF OF SERVICE

2

On August 9, 2011, I served a true and correct copy of the following document(s):

3

4

**STIPULATION REQUESTING  ISSUANCE OF AN ORDER SCHEDULING SETTLEMENT CONFERENCE ON SEPTEMBER 9, 2011 AT 9:00 A.M.**

5

upon the following person(s):

6

7

8

| Mr. Phillip H. Nevinny<br>Ecoff, Blut, & Salomons, LLP<br>280 South Beverly Drive, Suite 504<br>Beverly Hills, CA 09212<br>nevinny@ecofflaw.com | Mr. Tony T. Liu<br>Law Office of Tony T. Liu<br>1851 E. First Street, Suite 900<br>Santa Ana, CA 92705<br>ttliu@tonyliulaw.com |
|---|---|

9

10

| | **BY HAND DELIVERY**:  By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|---|---|

11

12

| | **BY MAIL**:  By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|---|---|

13

14

| | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**:  By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|---|---|

15

| | **BY FACSIMILE**:  By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
|---|---|

16

17

| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |
|---|---|

18

19

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

20

Executed on August 9, 2011, at Loma Mar, California.

21

22

/s/ Nathan Gardner
Nathan Gardner

23

24

25

26

27

28

-3-