1   TONY T. LIU – State Bar No. 174533
    LAW OFFICE OF TONY T. LIU
2   1851 E. First Street, Suite 900
    Santa Ana, CA 92705
3
    Telephone:   (714) 415-2007
4   Facsimile:   (714) 460-5200

5   Attorney for Defendant Sam Chang and Nina Chang,
    Co-Trustees of Chang Family Trust.
6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                         **SANTA ANA DIVISION**

11

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS,**<br><br>**Plaintiffs**<br><br>**vs.**<br><br>**SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG**<br><br>**Defendants**. | **Case No.  SACV 10-01079-CJR (RNBx)**<br><br>**CERTIFICATE OF SERVICE**<br><br><u>**Hearing:**</u><br>**Date:        October 3, 2011**<br>**Time:        1:30 p.m.**<br>**Ctrm:       Courtroom of the**<br>**                  Hon. Cormac J. Carney**<br><br>*Discovery Cutoff:  July 2, 2011*<br><br>*Pretrial Conference:  October 3, 2011*<br><br>*Trial:  October 11, 2011* |

21

22        I am employed in the County of Orange, State of California. I am over the age of
18 and not a party to the within action; my business address is 1851 E. First Street,
23  Suite 900, Santa Ana, CA 92705

24        On September 2, 2011, I served:

25  **1.  DECLARATION OF TONY T. LIU IN SUPPPORT OF DEFENDANTS SAM
26       CHANG AND NINA CHANG, CO-TRUSTEES OF CHANG FAMILY TRUST,
        MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
27       OR SUA SPONTE SUMMARY JUDGEMENT**

28  **2.  EXHIBIT 1-14 OF THE DECLARATION OF TONY T. LIU**

3. **DEFENDANT SAM CHANG AND NINA CHANG, CO-TRUSTEES OF CHANG FAMILY TRUST'S [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

4. **DEFENDANT SAM CHANG AND NINA CHANG, CO-TRUSTEES OF CHANG FAMILY TRUST'S NOTICE OF MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT OR SUA SPONTE SUMMARY JUDGMENT**

5. **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT OR SUA SPONTE SUMMARY JUDGMENT**

6. **MEMORANDUM OF POINTS AND AUTHROTIES IN SUPPORT OF DEFENDANT SAM CHANG AND NINA CHANG AS CO-TRUSTEES OF CHANG FAMILY TRUST'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT OR SUA SPONTE SUMMARY JUDGMENT**

on the Interested Parties in this action by electronically filing the documents on the Court's ECF system upon the following persons:

| | |
|---|---|
| Mr. Lawrence C. Ecoff<br>Mr. Phillip H. Nevinny<br>Ecoff, Blut, & Salomons, LLP<br>280 South Beverly Drive, Suite 504<br>Beverly Hills, CA 09212<br>nevinny@ecofflaw.com | Christopher Brancart<br>Liza Cristol-Deman<br>BRANCART & BRANCART<br>Post Office Box 686<br>Pescadero, CA 94060<br>cbrancart@brancart.com<br>lcristoldeman@brancart.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2011, at Santa Ana, California.

By:     /s/ Tony T. Liu
        TONY T. LIU
Attorney for Sam Chang and Nina Chang, Co-Trustees of Chang Family Trust

-2-
CERTIFICATE OF SERVICE