1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG,<br><br>　　　　Defendants. | Case No. SACV 10-01079-CJC (RNBx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE RE PLAINTIFF'S UNRELATED FAIR HOUSING COMPLAINTS<br><br>Hearing:<br>Date:　　October 3, 2011<br>Time:　　3:30 p.m.<br>Room:　　Courtroom of the<br>　　　　　Hon. Cormac J. Carney<br><br>Discovery Cutoff: July 1, 2011<br><br>Pretrial Conference: October 3, 2011<br><br>Trial: October 11, 2011 |

　　　Having considered the briefs and arguments in connection with plaintiffs' motion in limine re plaintiff's unrelated fair housing complaints, and good cause appearing therefor, IT IS HEREBY ORDERED that evidence or argument that plaintiff Arlene Lewis made complaints about landlords other than defendants in

///
///
///

1  the course of her search for housing and that she was told that the investigation of
2  those unrelated complaints was inconclusive is excluded.
3      Dated: _____, 2011.

                                            _____
                                            Hon. Cormac J. Carney
                                            United States District Judge