1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     cbrancart@brancart.com
      Liza Cristol-Deman(SBN 190516)
3     lcristoldeman@brancart.com
   Post Office Box 686
4  Pescadero, CA 94060
   Tel:  (650) 879-0141
5  Fax:  (650) 879-1103

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS, | ) ) ) | Case No. SACV 10-01079-CJC (RNBx) |
|----|---|---|---|
| 12 | | ) ) | PLAINTIFFS' NOTICE OF MOTION AND MOTION IN LIMINE RE COLLATERAL SOURCE OF FUNDING FOR FAIR HOUSING COUNCIL OF ORANGE COUNTY |
| 13 | Plaintiffs, | ) ) ) | |
| 14 | vs. | ) | |
| 15 | | ) ) | Hearing:<br>Date:          October 3, 2011 |
| 16 | SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG, | ) ) ) | Time:         3:30 p.m.<br>Room:       Courtroom of the<br>                   Hon. Cormac J. Carney |
| 17 | | ) ) | |
| 18 | Defendants. | ) ) | Discovery Cutoff: July 1, 2011 |
| 19 | | ) ) | Pretrial Conference: October 3, 2011 |
| 20 | _____ | ) | Trial: October 11, 2011 |

21      Please take notice that at the pretrial conference, set for 3:30 p.m. on
22  October 3, 2011, plaintiffs will move the Honorable Cormac J. Carney, United
23  States District Judge for the Central District of California, for issuance of an order
24  to exclude evidence or argument that plaintiff Fair Housing Council of Orange
25  County receives governmental grant funding to provide fair housing services.  A
26  proposed order is lodged with this motion.
27      This motion is filed pursuant to Fed. R. Evid. 104 and the Court's standing
28  order (doc. 8) filed in this action.  There is good cause to grant this limine motion

1  because it seeks to exclude evidence and argument that is irrelevant to the issues
2  to be determined by the jury in this matter and is likely to unfairly prejudice the
3  plaintiffs and create the risk of jury confusion.
4       This motion is made following the conference of counsel pursuant to L.R. 7-
5  3 which took place on August 22, 2011.
6       The motion is based upon the memorandum of points and authorities and
7  proposed order, filed and lodged concurrently herewith.
8       Dated: September 2, 2011.

                              Respectfully submitted,

                              BRANCART & BRANCART

                              /s/Christopher Brancart
                              Christopher Brancart
                              Attorneys for Plaintiffs