BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
  Liza Cristol-Deman (SBN 190516)
  lcristoldeman@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG,<br><br>    Defendants. | Case No. SACV 10-01079-CJC (RNBx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION IN LIMINE RE PLAINTIFFS' WITHDRAWAL OF ADMINISTRATIVE COMPLAINTS<br><br>Hearing:<br>Date:  October 3, 2011<br>Time:  3:30 p.m.<br>Room:  Courtroom of the Hon. Cormac J. Carney<br><br>Discovery Cutoff: July 1, 2011<br><br>Pretrial Conference: October 3, 2011<br><br>Trial: October 11, 2011 |

    Please take notice that at the pretrial conference, set for 3:30 p.m. on October 3, 2011, plaintiffs will move the Honorable Cormac J. Carney, United States District Judge for the Central District of California, for issuance of an order to exclude evidence or argument that plaintiffs withdrew their administrative complaints, originally filed with HUD, after the filing of this action in court. A proposed order is lodged with this motion.

    This motion is filed pursuant to Fed. R. Evid. 104 and the Court's standing order (doc. 8) filed in this action. There is good cause to grant this limine motion

1 | because it seeks to exclude evidence and argument that is irrelevant to the issues
2 | to be determined by the jury in this matter and is likely to unfairly prejudice the
3 | plaintiffs and create the risk of jury confusion.
4 |     This motion is made following the conference of counsel pursuant to L.R. 7-
5 | 3 which took place on August 22, 2011.
6 |     The motion is based upon the memorandum of points and authorities and
7 | proposed order, filed and lodged concurrently herewith.
8 |     Dated: September 2, 2011.

                    Respectfully submitted,

                    BRANCART & BRANCART

                    /s/Christopher Brancart
                    Christopher Brancart
                    Attorneys for Plaintiffs