1  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
2    cbrancart@brancart.com
     Liza Cristol-Deman (SBN 190516)
3    lcristoldeman@brancart.com
   Post Office Box 686
4  Pescadero, CA 94060
   Tel:  (650) 879-0141
5  Fax:  (650) 879-1103

6  Attorneys for Plaintiffs

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS,<br><br>Plaintiffs,<br><br>vs.<br><br>SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG,<br><br>Defendants. | Case No. SACV 10-01079-CJC (RNBx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION IN LIMINE RE LEWIS' WORK STATUS PRIOR TO HER RETIREMENT<br><br>Hearing:<br>Date:     October 3, 2011<br>Time:    3:30 p.m.<br>Room:   Courtroom of the<br>              Hon. Cormac J. Carney<br><br>*Discovery Cutoff:* July 1, 2011<br><br>*Pretrial Conference:* October 3, 2011<br><br>*Trial:* October 11, 2011 |

   Please take notice that at the pretrial conference, set for 3:30 p.m. on October 3, 2011, plaintiffs will move the Honorable Cormac J. Carney, United States District Judge for the Central District of California, for issuance of an order to exclude evidence or argument regarding plaintiff Arlene Lewis' work status prior to her retirement from the County of Los Angeles, including her medical leave prior to retirement and workers' compensation claim. A proposed order is lodged with this motion.

   This motion is filed pursuant to Fed. R. Evid. 104 and the Court's standing

order (doc. 8) filed in this action. There is good cause to grant this limine motion because it seeks to exclude evidence and argument that is irrelevant to the issues to be determined by the jury in this matter and likely to unfairly prejudice the plaintiffs and create the risk of jury confusion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 22, 2011.

The motion is based upon the memorandum of points and authorities and proposed order, filed and lodged concurrently herewith.

Dated: September 2, 2011.

                Respectfully submitted,

                BRANCART & BRANCART

                /s/Christopher Brancart
                Christopher Brancart
                Attorneys for Plaintiffs