1  Lawrence C. Ecoff, Esq. (SBN 143814)
   Philip H.R. Nevinny, Esq. (SBN 150506)
2  ECOFF BLUT, LLP
   280 South Beverly Drive, Suite 504
3  Beverly Hills, CA 90212
   Telephone: (310) 887-1850
4  Facsimile: (310) 887-1855
   ecoff@ecofflaw.com
5
   Attorneys for Defendant
6  SUSAN HUNG

7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | FAIR HOUSING COUNCIL OF         ) Case No.   SACV10-01079   CJC
   | ORANGE COUNTY, INC, and         ) (RNBx)
12 | ARLENE LEWIS,                   )
                                     ) **DEFENDANT SUSAN HUNG'S**
13 |              Plaintiffs,        ) **NOTICE OF MOTION AND**
                                     ) **MOTION FOR SUMMARY**
14 |     vs.                         ) **JUDGMENT, OR IN THE**
                                     ) **ALTERNATIVE, PARTIAL**
15 |                                 ) **SUMMARY JUDGMENT**
   | SAM CHANG, etc., et al.,        )
16 |                                 ) **Date:** October 3, 2011
   |              Defendants.        ) **Time:** 1:30 p.m.
17 |                                 ) **Place:** Courtroom of the
                                     )         Hon. Cormac J. Carney
18 |                                 )
                                     ) Discovery Cutoff: July 1, 2011
19 |_____  ) Pretrial Conference: October 3, 2011
                                       Trial:             October 11, 2011
20

21

22 **TO: THE HONORABLE COURT, ALL PARTIES AND THEIR**

23 **RESPECTIVE ATTORNEYS OF RECORD:**

24       **PLEASE TAKE NOTICE** that on October 3, 2011 at 1:30 p.m., in

25 Courtroom 9-B of the United States District Court for the Central District of

26 California located at 411 W. Fourth St., Santa Ana, California 92701, Defendant

27 Susan Hung will and hereby does move for Summary Judgment, or in the

28

                                      1

---

**DEFENDANT SUSAN HUNG'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

alternative, Partial Summary Judgment, against Plaintiffs Fair Housing Council of Orange County, Inc. and Arlene Lewis ("Plaintiffs"), pursuant to *Federal Rules of Civil Procedure,* Rules 56(b) and 56(d)(1).

This Motion is supported by good cause. The undisputed facts demonstrate that Defendant Hung (and her agents and representatives) did not at any time engage in any unfair or discriminatory housing practices against Plaintiffs. Therefore, and based on the applicable law, Summary Judgment should be entered in favor of Defendant Hung on all of Plaintiffs' claims under the federal Fair Housing Act, 42 U.S.C. § 3601 *et seq.* (Claim One), California's Fair Employment and Housing Act, *Government Code* § 12955 *et seq.* (Claim Two), California's Unruh Civil Rights Act, *Civil Code* § 51 (Claim Three), California *Business & Professions Code* § 17200 (Claim Four), and Negligence (Claim Five).

In the alternative, Defendant Hung is entitled to Partial Summary Judgment in her favor, for an Order treating specified facts as established in the action pursuant to *Federal Rules of Civil Procedure,* Rule 56(d)(1), as follows:

1. That Defendant Susan Hung (and her agents and representatives) is not liable on any claims under the Federal Fair Housing Act, 42 U.S.C. § 3601 *et seq.* (Claim One), California's Fair Employment and Housing Act, *Government Code* § 12955 *et seq.* (Claim Two), California's Unruh Civil Rights Act, *Civil Code* § 51 (Claim Three), California *Business & Professions Code* § 17200 (Claim Four), and Negligence (Claim Five);

2. That Plaintiff Arlene Lewis has not suffered any emotional distress damages attributable to the conduct of Defendant Susan Hung (or her agents and representatives), as alleged in the Complaint;

DEFENDANT SUSAN HUNG'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

3. That Plaintiff Fair Housing Council of Orange County, Inc.'s claim for damages, including but not limited to diversion of resources, are speculative and overstated;

4. That Defendants did not engage in any conduct which gives rise to a claim for punitive damages, as alleged in the Complaint.

This Motion is made following the conference of counsel pursuant to Central District Local Rule 7-3 which took place on August 29, 2011, pursuant to Defendant's counsel's request to meet and confer facsimile transmitted and mailed to Plaintiffs' counsel on August 23, 2011.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the Declarations of Susan Hung, Norman Hung and Philip H.R. Nevinny, and the Exhibits attached thereto, Defendant's Proposed Statement of Uncontroverted Facts and Conclusions of Law, all pleadings and records herein, such matters of which the Court may take judicial notice, as requested, and upon such further oral and/or documentary evidence as may be presented at the hearing of this matter.

Respectfully Submitted,

Dated: September 1, 2011      ECOFF BLUT, LLP

By: _____
LAWRENCE C. ECOFF, ESQ.
PHILIP H.R. NEVINNY, ESQ.

Attorneys for Defendant
SUSAN HUNG

3

DEFENDANT SUSAN HUNG'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT