Lawrence C. Ecoff, Esq. (SBN 143814)
Philip H.R. Nevinny, Esq. (SBN 150506)
ECOFF BLUT, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
Telephone: (310) 887-1850
Facsimile: (310) 887-1855
ecoff@ecofflaw.com

Attorneys for Defendant
SUSAN HUNG

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC, and ARLENE LEWIS, <br><br>      Plaintiffs, <br><br>  vs. <br><br> SAM CHANG, etc., et al., <br><br>     Defendants. | Case No.   SACV10-01079   CJC (RNBx) <br><br> **DECLARATION OF SUSAN HUNG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> **Date:** October 3, 2011 <br> **Time:** 1:30 p.m. <br> **Place:** Courtroom of the <br>     Hon. Cormac J. Carney <br><br> Discovery Cutoff: July 1, 2011 <br> Pretrial Conference:    October 3, 2011 <br> Trial:       October 11, 2011 |

## DECLARATION OF SUSAN HUNG

I, SUSAN HUNG, declare:

1.   I am a Defendant in the above-entitled matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to those facts. This declaration is submitted in support of Defendant's Motion for Summary Judgment or in the Alternative, Partial

1  Summary Judgment.

2  　　　　2.　　Through my family trust, I am a co-owner of a 14 unit apartment

3  building commonly known as 8142 Artesia Boulevard, Buena Park, California

4  90621 (the "Artesia Property"), and a 17 unit apartment building commonly known

5  as 8021 4th Street, Buena Park, California 90621 (the "4th Street Property").

6  　　　　3.　　I have been involved in the ownership, management and leasing of

7  residential housing for over two decades.

8  　　　　4.　　I manage and lease the Artesia Property and the 4th Street Property.

9  Because of the difficulties of renting in this real estate market, it is not my

10  practice to reject prospective tenants. In fact, as a landlord, it is my desire to have

11  my properties fully occupied. I cannot recall any instance in which I rejected a

12  prospective tenant who completed an Application for rental of those properties at

13  any time from 2009 through the present.

14  　　　　5.　　During the last ten years, I have rented to a family with a mentally

15  disabled child at the 4th Street Property. The child's disability was disclosed to me

16  by the parent at the time of her rental application. Currently, I rent Unit #101 at the

17  4th Street Property to another family with a severely mentally disabled child.

18  　　　　6.　　I am familiar with the claims of Plaintiff Arlene Lewis in this case.

19  I do not recall having spoken to Ms. Lewis in late 2009, although I do recall having

20  received a call from a prospective tenant of the 4th Street Property, who informed

21  me that she had a disabled son. As is my normal custom and practice, I would have

22  invited Ms. Lewis to visit the property, and to complete a Lease Application. It is

23  not my custom or practice to consult with my husband regarding prospective

24  tenants.

25  　　　　7.　　Until this lawsuit, I was not familiar with the term "SSI," nor was

26  I aware that people with a disability can collect Social Security Income. It is not

27  my custom or practice to ask a prospective tenant about their source of income.

28

**DECLARATION OF SUSAN HUNG IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1      8.    I have never discriminated against any prospective tenant, including

2  Ms. Lewis, on the basis of disability, source of income, or race.

3

4     I declare under penalty of perjury under the laws of the United States of

5  America that the foregoing is true and correct.

6  Executed on September 2, 2011 at _____Fullerton_____, California.

7

8

9                      SUSAN HUNG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3