# EXHIBIT B

FHC0013   Confidential

12/4/09   Paas

about two weeks before Thanksgiving, November 2009

I drove past 8021 4th Street an wrote down the number from a rent sign (name Susan on sign) (714) 306-2348. I called and left a message. She returned my call.

I informed her about my salary, which was $5,500 Gross. She was impressed with my salary. She then said she have 3 apartment available. Two at the above address and one at ocean Side or a beach front. She then asked me my source of income. I informed her that I retired and I get SSI for my son and I work for him.

She then sound unimpressed. I said she clearly like to rent to people with SSI. They cause to much trouble. She asked me, whats wrong with him, I explained

Defts EXH. NO. 179 FOR I.D
TE: 6-29-11
NESS: Lewis
PATRICIA L. HUBBARD
CSR NO. 3400

17

Page 2

that he's mentally retarded. She asked what age is he. I said 24 or 25. He had a birthday 11/21/09.

She became upset and said, no, no, no. He'll be running around scaring people. I don't want the police there. I can't watch my son. She said all people with a disable person don't believe that they are trouble. She then said no and hung up the phone.

Arlene Lewis

Confidential