Lawrence C. Ecoff, Esq. (SBN 143814)
Philip H. Nevinny, Esq. (SBN 150506)
ECOFF, BLUT & SALOMONS, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
Telephone: (310) 887-1850
Facsimile: (310) 887-1855

Attorneys for Defendants
SAM CHANG, NINA CHANG,
as Co-Trustees of CHANG
FAMILY TRUST, and SUSAN HUNG

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC, and ARLENE LEWIS, | Case No.  SACV10-01079 CJC (RNBx) |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| SAM CHANG and NINA CHANG, as Co-Trustees of CHANG FAMILY TRUST and SUSAN HUNG, | |
| Defendants. | |

1

1

**CERTIFICATE OF SERVICE**
2   *Fair Housing Council of Orange County, Inc., and Arlene Lewis vs. San Chang and*
*Nina Chang, as Co-Trustees of Chang Family Trust, and Susan Hung*
3   *Case No.* **SACV10-01079 CJC (RNBx)**

4   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:
        I am employed in the County of Los Angeles, State of California.  I am over
5   the age of eighteen (18) and not a party to the within action.  My business address is 280
    S. Beverly Drive, Suite 504, Beverly Hills, California 90212.  On September 2, 2011, I
6   served the following document(s) described as **SEE ATTACHED LIST OF**
    **DOCUMENTS** on all interested parties to this action, as follows:

7   ⊠ by placing ☐ the original ⊠ a true copy thereof enclosed in sealed envelopes
8   addressed as follow:

9       Liza Cristol-Deman, Esq.            **Tony T. Liu, Esq.**
        Lcristoldeman@brancart.com          **ttliu@tonyliulaw.com**
10      Attorney at Law                     **Law Offices**
        Brancart & Brancart                 **1851 E. First Street, Suite 900**
11      P.O. Box 686                        **Santa Ana, CA 92705**
        Pescadero, CA94060
12      T: 650.879.0141 F: 650.879.1103

13      ⊠   **BY MAIL:**  By placing a true copy thereof in a sealed envelope addressed as
14          above, and placing it for collection and mailing following ordinary business
            practices.  I am readily familiar with Ecoff, Blut & Salomons, LLP's practice of
15          collection and processing correspondence for mailing.  Under that practice it
            would be deposited with U.S. Postal Service on that same day with postage
16          thereon fully prepaid at Beverly Hills, California, in the ordinary course of
            business.  I am aware that on motion of party served, service is presumed invalid
17          if postal cancellation date or postage meter date is more than one day after date
18          of deposit for mailing in affidavit.

19      ☐   **BY FACSIMILE AND/OR EMAIL:**   I caused the above-referenced
20          document(s) to be delivered through facsimile and/or electronic mail
21          transmission to the above addressee(s).

22      ⊠   **BY NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling
            General Order(s) the foregoing document will be served by the Court via NEF
23          and hyperlink to the document or by electronically filing the documents on the
            Court's ECF system.
24
        ⊠   [State]    I declare under penalty of perjury under the laws of the United States
25                     of America that the foregoing is true and correct.
26
        Executed on September 1, 2011, at Beverly Hills, California.
27      _____          _____
        LILIANA PULIDO
28
            [Print Name]                        [SIGNATURE]

                                CERTIFICATE OF SERVICE

**LIST OF DOCUMENTS**

1. DEFENDANT SUSAN HUNG'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

2. DECLARATION OF SUSAN HUNG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

3. DECLARATION OF NORMAN HUNG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

4. DECLARATION OF PHILIP H.R. NEVINNY IN SUPPORT OF DEFENANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

5. [PROPOSED] ORDER GRANTING DEFENDANT SUSAN HUNG'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

6. DEFENDANT'S [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

7. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SUSAN HUNG'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

CERTIFICATE OF SERVICE