1
2
3
4
5
6
7
8
9    **UNITED STATES DISTRICT COURT**
10    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC. and ARLENE LEWIS,** ) | **No. SACV 10-01079-CJC (RNBx)** |
| **Plaintiffs,** ) | ~~**[PROPOSED]**~~ **CONSENT DECREE** |
| **vs.** ) | |
| **SAM CHANG and NINA CHANG, as co-trustees of CHANG FAMILY TRUST and SUSAN HUNG,** ) | |
| **Defendants.** ) | |
| _____ ) | |

19    This action was brought by plaintiffs alleging that defendants violated the

20    federal Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, among other laws, by

21    discriminating based on disability in the rental of apartments at the complexes at

22    8021 4th Street and 8142 Artesia Blvd. in Buena Park, California.

23    Defendants have denied that they discriminated in the rental of housing or

24    otherwise violated any of the laws alleged by plaintiffs.

25    The parties have agreed that to avoid protracted and costly litigation the

26    controversy should be resolved without a trial or adjudication on the merits and

27    therefore have consented to entry of this decree and order.  By entering into this

28    consent decree, defendants make no admission of liability or wrongdoing in

1    connection with the allegations and claims made by plaintiffs.

2          It is hereby ORDERED, ADJUDGED AND DECREED that:

3          1.    Defendants shall make a one-time lump sum payment to plaintiffs in

4    the amount of seventy thousand dollars ($70,000.00) in the form of checks  made

5    payable to the "Attorney-Client Trust Account of Brancart & Brancart."  Of this

6    total sum, seventeen thousand five hundred dollars ($17,500.00) shall be paid by

7    defendants Sam and Nina Chang, as co-trustees of the Change Family Trust, and

8    fifty-two thousand five hundred dollars ($52,500.00) shall be paid by defendant

9    Susan Hung.  This amount is inclusive of all attorneys' fees and costs to be paid to

10   plaintiffs.  This payment shall be made by October 10, 2011, and delivered to the

11   Law Offices of Brancart & Brancart.

12         2.    Plaintiffs and defendants shall execute mutual waivers and releases

13   indicating that this consent decree and final order constitutes a full and final

14   settlement of any and all claims that they have related to the subject matter of this

15   lawsuit.  Those mutual waivers and releases shall include a waiver of all known

16   and unknown claims and a waiver of the rights of all parties under California Civil

17   Code § 1542.

18         3.    For a period of three years from the date of entry of this decree, with

19   respect to each residential rental property that any defendant either manages or

20   owns a controlling interest thereof, that defendant shall post fair housing posters,

21   HUD form 928.1 and DFEH form 164-H, in a conspicuous location that can be

22   seen by tenants and prospective tenants.

23         4.    For a period of three years from the date of entry of this decree, with

24   respect to each residential rental property that any defendant either manages or

25   owns a controlling interest thereof, to the extent that the defendant advertises for

26   rent any unit for occupancy, such an advertisement for a vacancy shall state,

27   "We're a Fair Housing Provider," or words to that effect.

28         5.    Defendant Susan Hung, for three years from the date hereof, and so

-2-

long as she continues to manage any residential rental property during such time, and any agent managing Hung's residential rental property for three years from the date hereof, shall attend an annual fair housing training provided either by the Fair Housing Council of Orange County, Inc. or the Apartment Association of Orange County.   By its terms, this provision does not apply to defendants Sam and Nina Chang, as co-trustees of the Change Family Trust.

6.     In the event that defendant Susan Hung and her agents cease to have any managerial responsibilities with respect to any residential rental properties leased by Hung, then neither she nor her agents shall be subject to the training requirements set forth under paragraph 5 hereof.  If Ms. Hung hires a manager or company to operate any residential rental properties on her behalf, then that manager or company shall not be required to comply with paragraph 5 hereof if that company or manager is certified by the California Apartment Association (CAA).

7.     This decree shall be in effect for a period of three years from the date of entry and the Court shall retain jurisdiction for purposes of enforcement.  This decree will terminate at the end of the three-year period without the need for any further action by the Court or the parties.

8.     The parties agree to attempt to work out in good faith any disputes that arise under the terms of this decree.  Only after good faith mediation attempts have been exhausted will the parties request the assistance of the Court in resolving the dispute.

Ordered this 20th day of October, 2011.

_____
Hon. Cormac J. Carney
United States District Judge

-3-